IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS | ) | |
| | ) | |
| v. | ) | No. 3:16cr0693 |
| | ) | |
| JOHN TANNER | ) | |

**ORDER GRANTING MOTION TO WITHDRAW**

On this day came on for consideration Defendant John Tanner's Motion to Withdraw. The Court finds that a conflict may exist which prohibits Jim Darnell's representation of John Tanner.

It is, therefore, ORDERED that Jim Darnell be allowed to withdraw as attorney for John Tanner.

SIGNED this \_\_\_\_\_ day of June, 2016.

_____
DAVID BRIONES, JUDGE
UNITED STATES DISTRICT COURT

9269.lad