IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:16cr0693 |
| | ) | |
| JOHN TANNER | ) | |

## ORDER GRANTING AMENDED MOTION TO WITHDRAW

On this day came on for consideration Defendant John Tanner's Amended Motion to Withdraw. The Court finds that a conflict may exist which prohibits Jim Darnell's representation of John Tanner.

It is, therefore, ORDERED that Jim Darnell be allowed to withdraw as attorney for John Tanner.

SIGNED this 20th day of June, 2016.

_____
DAVID BRIONES, JUDGE
UNITED STATES DISTRICT COURT

9269.lad